| | |
|---|---|
| <u>DEFENDANT:</u> | JORGE ALBERTO ORTIZ-ACOSTA |
| <u>AGE/YOB</u>: | 1993 |
| <u>COMPLAINT FILED?</u> | __X__ Yes  _____ No |
| | If Yes, MAGISTRATE CASE NUMBER   22-mj-0053-NYW |

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>?   _X_ Yes    __ No

**OFFENSE(S):**

**Count 1:** Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; Conspiracy to distribute and possess with the intent to distribute various amounts of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance

**Counts 13, 30, 43, 54:** 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(ii)(II), 18 U.S.C. § 2; Distribution or Possession with the Intent to Distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and Aiding and Abetting the Same

**Counts 3, 5, 7, 25, 27, 33, 40:** 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii)(II); 18 U.S.C. § 2; Distribution and Possession with the Intent to Distribute 500 grams and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and Aiding and Abetting the Same

**Counts 2, 4, 6, 9, 12, 23, 24, 26, 32, 36, 39, 41, 51, 52:** Title 21 U.S.C. § 843(b) and (d); Use of a Communication Facility in Connection with Drug Trafficking

**Counts 10, 22, 28, 53:** Title 18, United States Code, Sections 1956(a)(2)(A) and (B)(i); Knowingly and intentionally attempting to transport or transfer funds from a place within the United States to or through a place outside the United States, with the intent to promote the carrying on of specified unlawful activity, specifically conspiracy to distribute and possess with the intent to distribute cocaine

<u>LOCATION OF OFFENSE:</u>   Denver County, Denver, Colorado

| | |
|---|---|
| PENALTY: | **Count 1**<br>NLT 10 years,<br>NMT life imprisonment<br>At least 5 years Supervised Release<br>$10,000,000 fine<br>$100 Special Assessment |
| | **Counts 13, 30, 43, 54**<br>NLT 10 years,<br>NMT life imprisonment<br>At least 5 years Supervised Release<br>$10,000,000 fine<br>$100 Special Assessment |
| | **Counts 3, 5, 7, 25, 27, 33, 40**<br>NLT 5 years<br>NMT 40 years imprisonment<br>At least 4 years Supervised Release<br>$5,000,000 fine<br>$100 Special Assessment |
| | **Counts 2, 4, 6, 9, 12, 23, 24, 26, 32, 36, 39, 41, 51, 52**<br>NMT 4 years in prison<br>NMT 1-year of supervised release<br>NMT $250,000.00 fine<br>$100 Special Assessment |
| | **Counts 10, 22, 28, 53**<br>NMT 20 years imprisonment<br>NLT 5 years Supervised Release<br>NMT $500,000.00 or twice the value of the property involved in the money laundering transactions<br>$100 Special Assessment |
| AGENT: | Michael Gutke<br>Special Agent, Drug Enforcement Administration |
| AUTHORIZED BY: | Stephanie Podolal<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

___five days or less;  __X_ over five days
THE GOVERNMENT

 X   will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.