| | |
|---|---|
| <u>DEFENDANT</u>: | CHRISTIAN MARTINEZ-RAMOS |
| <u>AGE/YOB</u>: | 1994 |
| <u>COMPLAINT FILED?</u> | ___X___ Yes  _____ No<br>If Yes, MAGISTRATE CASE NUMBER <u>22-mj-0062-KLM</u> |
| <u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?</u> | _X_ Yes  __ No |
| OFFENSE(S): | **Count 1:** Title 21, United States Code, Sections 841(a)(1), b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; Conspiracy to distribute and possess with the intent to distribute various amounts of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance<br><br>**Count 13:** 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(ii)(II), 18 U.S.C. § 2; Distribution or Possession with the Intent to Distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and Aiding and Abetting the Same<br><br>**Count 24:** Title 21 U.S.C. § 843(b) and (d); Use of a Communication Facility in Connection with Drug Trafficking<br><br>**Counts 25, 27, 40:** 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii)(II); 18 U.S.C. § 2; Distribution and Possession with the Intent to Distribute 500 grams and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and Aiding and Abetting the Same<br><br>**Count 28:** Title 18, United States Code, Sections 1956(a)(2)(A) and (B)(i); Knowingly and intentionally attempting to transport or transfer funds from a place within the United States to or through a place outside the United States, with the intent to promote the carrying on of specified unlawful activity, specifically conspiracy to distribute and possess with the intent to distribute cocaine |
| <u>LOCATION OF OFFENSE:</u> | Denver County; Denver, Colorado |

|             |                                                                 |
|-------------|-----------------------------------------------------------------|
| PENALTY:    | **Count 1**                                                     |
|             | NLT 10 years,                                                    |
|             | NMT life imprisonment                                            |
|             | At least 5 years Supervised Release                              |
|             | $10,000,000 fine                                                 |
|             | $100 Special Assessment                                          |
|             |                                                                 |
|             | **Count 13**                                                    |
|             | NLT 10 years,                                                    |
|             | NMT life imprisonment                                            |
|             | At least 5 years Supervised Release                              |
|             | $10,000,000 fine                                                 |
|             | $100 Special Assessment                                          |
|             |                                                                 |
|             | **Count 24**                                                    |
|             | NMT 4 years in prison                                            |
|             | NMT 1-year of supervised release                                 |
|             | NMT $250,000.00 fine                                             |
|             | $100 Special Assessment                                          |
|             |                                                                 |
|             | **Counts 25 and 27**                                            |
|             | NLT 5 years                                                      |
|             | NMT 40 years imprisonment                                        |
|             | At least 4 years Supervised Release                              |
|             | $5,000,000 fine                                                  |
|             | $100 Special Assessment                                          |
|             |                                                                 |
|             | **Count 28**                                                    |
|             | NMT 20 years imprisonment                                        |
|             | NLT 5 years Supervised Release                                   |
|             | NMT $500,000.00 or twice the value of the property involved in the money laundering transactions |
|             | $100 Special Assessment                                          |
|             |                                                                 |
| AGENT:      | Michael Gutke                                                    |
|             | Special Agent, Drug Enforcement Administration                   |
|             |                                                                 |
| AUTHORIZED BY: | Stephanie Podolak                                             |
|             | Assistant U.S. Attorney                                          |

ESTIMATED TIME OF TRIAL:

___ five days or less;  _X__ over five days

THE GOVERNMENT

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.